JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOO LEE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY<br><br>　　　　Defendant. | CASE NO.: CV 16-5697-MWF(FFMx)<br><br>The Honorable Michael W. Fitzgerald, United States District Judge<br><br>**JUDGMENT AFTER TRIAL** |

　　　This action came on regularly for jury trial between September 19, 2017, and September 26, 2017, in Courtroom 5A of this United States District Court. Plaintiff was Joo Lee.  Plaintiff was represented by Jacob George, Esq., and Sang J. Park, Esq. of Mathew & George.  Defendant Raytheon Company was represented by Stephen E. Ronk, Esq., and Erika Lynn Shao, Esq., of Gordon Rees Skully Mansukhani, LLP.

　　　A jury of eight persons was regularly empaneled and sworn.  Witnesses were sworn and testified and exhibits were admitted into evidence.  After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and

1
**JUDGMENT AFTER TRIAL**

the cause was submitted to the jury. The jury deliberated and thereafter returned a special verdict as follows:

**First Claim: Retaliation**

   **Question 1**

Did Joo Lee complain to Raytheon about timecard fraud?

   _____ YES     ___X___ NO

If you answered "YES" to Question 1, please proceed to Question 2. If you answered "NO" to Question 1, please proceed to Question 7.

**Second Claim: Wrongful Termination in Violation of Public Policy**

   **Question 7**

Did Joo Lee reasonably believe that his complaints to Raytheon were based on timecard fraud?

   _____ YES    ___X____ NO

If you answered "YES" to Question 7, please proceed to Question 8. If you answered "NO" to Question 7, please [have your presiding juror sign and return the verdict form].

Now, therefore, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure**, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

   1. *On the claim for retaliation in violation of California Labor Code section 1102.5*: Judgment is entered in favor of Defendant Raytheon Company, and Plaintiff Joo Lee shall take nothing on this claim by his Complaint.
   2. *On the claim for termination in violation of public policy*: Judgment is entered in favor of Defendant Raytheon Company, and Plaintiff Joo Lee shall take nothing on this claim by his Complaint.

///

3. Defendant Raytheon Company is awarded its costs as provided by law.

Dated: September 29, 2017.

_____
MICHAEL W. FITZGERALD
United States District Judge

3
**JUDGMENT AFTER TRIAL**